June 11, 2010

Mr. Levon G. Hovnatanian
Martin Disiere Jefferson & Wisdom LLP
808 Travis, Suite 1800
Houston, TX 77002
Mr. John Foster Melton
Melton & Kumler, L.L.P.
2705 Bee Cave Road, Suite 220
Austin, TX 78746

RE: Case Number: 08-0799
 Court of Appeals Number: 10-07-00228-CV
 Trial Court Number: C200400452

Style: STATE FARM LLOYDS AND ERIN STRACHAN
 v.
 WANDA M. PAGE

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharri |
| |Roessler |
| |Mr. David Lloyd |